UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| APHTON CORP., | Case No. 06-10510 (CSS) |
| Debtor. | |

---------------------------------------------------x

| | |
|---|---|
| WAYNE WALKER, as Trustee of<br>Aphton Corp., | Adv. Pro. No. 08-50636 |
| Plaintiff, | |
| -v.- | |
| SONAFI PASTEUR, a/k/a AVENTIS, SF<br>CAPITAL PARTNERS LTD., HEARTLAND<br>GROUP, INC., solely on behalf of the<br>HEARTLAND VALUE FUND, and LEGG<br>MASON PARTNERS FUNDAMENTAL<br>VALUE FUND, INC., f/k/a SMITH<br>BARNEY FUNDAMENTAL VALUE<br>FUND, INC., | |
| Defendants. | |

---------------------------------------------------x

## MOTION BY FORMER NOTEHOLDERS TO DISMISS THE CLAIMS ASSERTED AGAINST THEM IN THE AMENDED COMPLAINT

Defendants Legg Mason Partners Fundamental Value Fund, a series of Legg Mason Partners Equity Trust and successor to Legg Mason Partners Fundamental Value Fund, Inc., SF Capital Partners Ltd., and the Heartland Group, Inc., solely on behalf of the Heartland Value Fund (collectively, the "Former Noteholders"), through their undersigned counsel, hereby move to dismiss the claims asserted against them in the First Amended Complaint Of Wayne Walker, As Trustee Of Aphton Corporation To Avoid And Recover Transfers Pursuant To 11 U.S.C. §§ 544, 548, And 550, dated May 29, 2008 (the "Complaint") pursuant to

- 1 -

Fed. R. Civ. P. 12(b)(6). In support of this motion, the Former Noteholders are filing contemporaneously herewith a supporting memorandum of law.

| | |
|---|---|
| Dated: July 30, 2008<br>Wilmington, Delaware | Respectfully submitted,<br><br>PEPPER HAMILTON LLP<br><br>/s/ Leigh-Anne M. Raport<br>David B. Stratton (DE No. 960)<br>Leigh-Anne M. Raport (DE No. 5055)<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Tel: (302) 777-6500<br>Fax: (302) 421-8390<br><br>-and-<br><br>WILLKIE FARR & GALLAGHER LLP<br>Alan J. Lipkin<br>Paul W. Horan<br>787 Seventh Avenue<br>New York, New York 10019-6099<br>Tel: (212) 728-8000<br>Fax: (212) 728-8111<br><br>*Co-attorneys for Defendants Legg Mason Partners Fundamental Value Fund, a series of Legg Mason Partners Equity Trust and successor to Legg Mason Partners Fundamental Value Fund, Inc., SF Capital Partners Ltd., and the Heartland Group, Inc., solely on behalf of the Heartland Value Fund* |