IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>APHTON CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 06-10510 (CSS) |
| WAYNE WALKER, as Trustee of<br>Aphton Corporation<br><br>Plaintiff<br><br>v.<br><br>SONAFI PASTEUR, a/k/a AVENTIS, SF CAPITAL PARTNERS, HEARTLAND GROUP, INC., solely on behalf of the HEARTLAND VALUE FUND, and LEGG MASON PARTNERS FUNDAMENTAL VALUE FUND, INC. f/k/a SMITH BARNEY FUNDAMENTAL VALUE FUND, INC.,<br><br>Defendants. | Adv. Proc. No. 08-50636<br><br>Re: Docket #5 |

## MOTION OF SANOFI PASTEUR LIMITED AND
## AVENTIS PHARMACEUTICALS INC.
## TO DISMISS COMPLAINT

Sanofi Pasteur Limited ("SP") and Aventis Pharmaceuticals, Inc. ("API"),[1] by and through their counsel, hereby move to dismiss the claims asserted against them (the "Motion") in the First Amended Complaint of Wayne Walker, as Trustee of Aphton Corporation To Avoid And Recover Transfers Pursuant To 11 U.S.C. §§ 544, 548, and 550, dated May 29, 2008 (the "Complaint") in the above-captioned adversary proceeding pursuant to Fed. R. Civ. P. 12(b)(6).

In support of the Motion, SP and API will rely on the Memorandum of Law submitted herewith.

---

[1] In the Complaint, Sanofi Pasteur Limited and Aventis Pharmaceuticals Inc. are improperly named as "Sonafi Pasteur a/k/a Aventis." SP and API are separate and distinct legal entities. SP and API reserve all rights and remedies as a result of the improper description of the defendant in the Complaint.

Dated: September 2, 2008
Wilmington, Delaware

*[signature]*

Garvan F. McDaniel (#4167)
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

– and –

LOWENSTEIN SANDLER PC
John K. Sherwood
Jeffrey A. Kramer
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

*Counsel for Sanofi Pasteur Limited and Aventis Pharmaceuticals, Inc.*