IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>APHTON CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 06-10510 (CSS) |
| WAYNE WALKER, as Trustee of<br>Aphton Corporation<br><br>Plaintiff<br><br>v.<br><br>SONAFI PASTEUR, a/k/a AVENTIS, SF CAPITAL PARTNERS, HEARTLAND GROUP, INC., solely on behalf of the HEARTLAND VALUE FUND, and LEGG MASON PARTNERS FUNDAMENTAL VALUE FUND, INC. f/k/a SMITH BARNEY FUNDAMENTAL VALUE FUND, INC.,<br><br>Defendants. | Adv. Proc. No. 08-50636(CSS) |

## STIPULATION OF DISMISSAL AS TO COUNT IV OF COMPLAINT

THIS STIPULATION is hereby filed by Wayne Walker, as Trustee of Aphton Corporation (the "Trustee") and defendant, Sanofi Pasteur a/k/a Aventis ("Aventis").

WHEREAS, on May 29, 2008, a summons [Adversary Docket No. 6] (the "Summons") was issued in connection with the Trustee's First Amended Complaint filed against Aventis, SF Capital Partners, Heartland Group, Inc., solely on behalf of the Heartland Value Fund and Legg Mason Partners Fundamental Value Fund, Inc. f/k/a Smith Barney Fundamental Value Fund, Inc. being Adversary Case No. 08-50636(CSS) [Adversary Docket No. 5] (the "Complaint");

WHEREAS, Sanofi Pasteur Limited and Aventis Pharmaceuticals, Inc. have acknowledged that they have received the Summons and the Complaint but maintain that they have been improperly named as "Sonafi Pasteur a/k/a Aventis"; and

WHEREAS, pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Trustee has agreed to dismiss Count IV of the Complaint with prejudice.

NOW, THEREFORE, IT IS HEREBY STIPULATED by the undersigned parties that (1) Count IV of the Complaint is hereby dismissed with prejudice; and (2) Sanofi Pasteur Limited and Aventis Pharmaceuticals, Inc. reserve all other rights and remedies, including its rights and remedies concerning the description of the defendant as "Sanofi Pasteur a/k/a Aventis".

SO STIPULATED THIS 6th DAY OF OCTOBER 2008.

| BIFFERATO GENTILOTTI LLC | CIARDI CIARDI & ASTIN, P.C. |
|---|---|
| *[signature]* | */s/ Shannon D. Leight* |
| Garvan F. McDaniel (#4167) | Shannon D. Leight, Esquire (No. 4115) |
| 800 N. King Street, Plaza Level | One Commerce Square, Suite 1930 |
| Wilmington, DE 19801 | 2005 Market Street |
| Tel: (302) 429-1900 | Philadelphia, PA 19103 |
| Fax: (302) 429-8600 | Tel.: (215)-557-3550 |
| gmcdaniel@bglawde.com | Fax: (215)-557-3551 |
| | sleight@ciardilaw.com |
| – and – | *Counsel for Wayne Walker, as Trustee of Aphton Corporation* |
| LOWENSTEIN SANDLER PC | |
| John K. Sherwood, Esquire | |
| 65 Livingston Avenue | |
| Roseland, New Jersey 07068 | |
| Tel: (973) 597-2500 | |
| Fax: (973) 597-2400 | |
| jsherwood@lowenstein.com | |

*Counsel for Sanofi Pasteur Limited and Aventis Pharmaceuticals, Inc.*