## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br>**APHTON CORPORATION,** | **Chapter 11** |
| **Debtor.** | **Case No. 06-10510 (CSS)** |
| **WAYNE WALKER, as Trustee of**<br>**Aphton Corporation** | |
| **Plaintiff** | **Adv. Proceeding No: 08-50636 (CSS)** |
| **v.** | |
| **SONAFI PASTEUR a/k/a AVENTIS, SF**<br>**CAPITAL PARTNERS, HEARTLAND**<br>**GROUP, INC., solely on behalf of the**<br>**HEARTLAND VALUE FUND and**<br>**LEGG MASON PARTNERS**<br>**FUNDAMENTAL VALUE FUND, INC.**<br>**f/k/a SMITH BARNEY**<br>**FUNDAMENTAL VALUE FUND, INC.** | |
| **Defendants.** | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## OMNIBUS CHAPTER 11 HEARING ON NOVEMBER 25, 2008 AT 11:00 A.M.

**No Scheduled Hearings.**
**No Matters Going Forward.**

Dated: November 21, 2008

CIARDI CIARDI & ASTIN, P.C.

/s/ Shannon D. Leight
_____
Albert A. Ciardi, III
Shannon D. Leight (DE Bar ID# 4115)
One Commerce Square
2005 Market Street, Suite 1930
Philadelphia, PA 19103
215-557-3550 telephone
215-557-3551 facsimile
sleight@ciardilaw.com

_____

Daniel K. Astin (No. 4068)
Anthony M. Saccullo (No. 4141)
919 N. Market Street, Suite 700
Wilmington, Delaware 19801
Tel: (302) 658-1100
Fax: (302) 658-1300
dastin@ciardilaw.com
asaccullo@ciardilaw.com