IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| APHTON CORPORATION, | ) Case No. 06-10510 (CSS) |
| | ) |
| Debtor. | ) |
| | ) |
| WAYNE WALKER, as Trustee of Aphton Corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Proc. No. 08-50636 (CSS) |
| | ) |
| SONAFI PASTEUR a/k/a AVENTIS, SF CAPITAL PARTNERS, HEARTLAND GROUP, INC., solely on behalf of the HEARTLAND VALUE FUND, and LEGG MASON PARTNERS FUNDAMENTAL VALUE FUND, INC. f/k/a SMITH BARNEY FUNDAMENTAL VALUE FUND, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the Court's opinion of this date, the Court (i) grants Aventis's motion to dismiss Counts I, II, and III of the Complaint, (ii) grants the Former Noteholders' motion to dismiss Count V of the Complaint; (iii) denies the Former Noteholder's Motion to Dismiss Counts VI and VII of the Complaint; and (iv) denies the Former Noteholders' motion for sanctions.

Christopher S. Sontchi
United States Bankruptcy Judge

Dated: January 27, 2010